# EXHIBIT "A"

**<u>VIA EMAIL</u>**
**Viren Patel, O.D.**
Bronx Eye Associates
665 Pelham Parkway North
Bronx, NY 10467
Office: (718) 547-2020

January 5, 2026

**Re: Kelly McLean – D.O.B. 06/04/1980**
    **211 East 203rd Street, Apt. 2E,**
    **Bronx, NY 10458**

To Whom It May Concern:

This letter serves to confirm that Ms. Kelly McLean is an established patient of Bronx Eye Associates. Ms. McLean has been diagnosed with **Bietti's Crystalline Dystrophy**, a rare, inherited retinal degenerative disorder characterized by progressive loss of retinal function and gradual decline in visual acuity.

According to both clinical history and patient-reported onset, Ms. McLean's visual difficulties first became noticeable at approximately twelve years of age**,** consistent with the early manifestations of this condition. Over the decades that followed, her disease has progressed steadily and predictably, resulting in significant retinal degeneration, constricted visual fields, impaired night vision, and severe reduction in functional sight.

At this time, Ms. McLean's vision has deteriorated to the point that she is almost completely blind**,** with only minimal residual perception of light and shapes. Her condition is permanent, irreversible, and progressive, and there are currently no curative treatments available for Bietti's Crystalline Dystrophy.

Ms. McLean resides at 211 East 203rd Street, Apt. 2E, Bronx, NY**,** a building in which many residents receive assisted-living–level support and pay income-based discounted rent**.** Given the severity of her visual impairment, Ms. McLean requires a stable, accessible living environment and must be afforded all rights, accommodations, and protections applicable to individuals with profound visual disability.

Should you require any additional information or clarification, please feel free to contact my office.

Sincerely,

*Viren Patel*
**Viren Patel, O.D.**
Bronx Eye Associates