# EXHIBIT "B"

This tab shows site quality issues, including broken links and server configuration problems.

❌ **Broken links - Some pages contain links that don't work.**

✅ Server configuration - No issues found.

✅ ASP, ASP.NET and PHP script errors - No issues found.

✅ Internet RFCs - No issues found.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Priority 1

4 issues on 328 pages

| | | | |
|---|---|---|---|
| 🔴 | This link is broken. The `src` or `href` is an empty string.<br><br>`href="` or `src="` can cause unexpected effects such as traffic spikes or cookie corruption, and causes JavaScript error events to fire on Firefox. | Broken Link | 321 pages |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/ | Line 14556 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/?hk-1&hk-id=top-bar | Line 21249 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/account/login?return_url=%2Faccount | Line 12754 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/collections/mens-shoes | Line 18344 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/collections/mens-shoes-sandals | Line 16365 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/collections/womens-shoes | Line 18687 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/collections/womens-shoes-sandals | Line 17545 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/pages/contact | Line 10789 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/pages/faq | Line 18256 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/pages/feel-better | Line 11451 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/pages/free-shoes | Line 10632 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/pages/reviews | Line 11512 | |
| | Link: Home URL is empty.<br>https://www.kurufootwear.com/pages/shoes-guide | Line 6708 13713 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/pages/track | Line 10550 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/products/mens-atom-2-jetblack-brightwhite | Line 21593 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/products/mens-flex-via-midnightblue-brightwhite | Line 20007 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/products/mens-moment-jetblack-stormgray | Line 18343 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/products/womens-atom-2-jetblack-deserttan | Line 21998 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/products/womens-flex-via-jetblack-brightwhite | Line 20161 | |
| | Link: Start Shopping URL is empty.<br>https://www.kurufootwear.com/products/womens-moment-jetblack-peachsherbet | Line 19359 | |

This issue was found on another 301 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| 🔴 | This link is broken. The target anchor does not exist or is commented out. | Broken Link | 68 pages |

The anchor after the # symbol points to a non-existent id on the target page. If the anchor link targets the same page nothing will happen when it's clicked. If the anchor link targets another page, then the top of the target page will be displayed instead of the intended location. In most cases the destination anchor has been removed accidentally and should be reinstated.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | id=bsai-open?bsai-shoe-finder  id=bsai-open?bsai-shoe-finder<br>https://www.kurufootwear.com/collections/mens-shoes | Line 12803 12842 | |
| | id=bsai-open?bsai-shoe-finder  id=bsai-open?bsai-shoe-finder<br>https://www.kurufootwear.com/collections/mens-shoes-last-chance | Line 12247 12286 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/mens-shoes-sandals | Line 10988 11027 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/mens-shoes-sneakers | Line 12731 12770 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/mens-shoes-standing-all-day | Line 12706 12745 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes | Line 12801 12840 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes-all-day-walking | Line 12098 12137 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes-boots | Line 11730 11769 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes-everyday-casual | Line 11861 11900 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes-flats-and-dress | Line 11250 11289 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes-last-chance | Line 12264 12303 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes-sandals | Line 12057 12096 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes-slip-on | Line 12360 12399 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes-slippers | Line 11829 11868 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes-sneakers | Line 12713 12752 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes-training-gym | Line 11858 11897 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-shoes-wide | Line 12247 12286 | |
| | id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder https://www.kurufootwear.com/collections/womens-work-shoes | Line 11979 12018 | |
| | id=open-positions https://www.kurufootwear.com/pages/careers | Line 6657 | |
| | id=rp-customer-widget-home id=bsai-open?bsai-shoe-finder id=bsai-open?bsai-shoe-finder id=rp-customer-widget-home id=rp-customer-widget-home https://www.kurufootwear.com/pages/feel-better | Line 6647 6647 6698 6698 7073 | |

This issue was found on another 48 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

| | | | |
|---|---|---|---|
| 🔴 | This page contains some spelling errors. | | 321 pages |
| 🔴 | This page is blank. | | 7 pages |

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | Key |
|-------|----------|--------------------|----|
| A | 🔴 | 🔴 | 🔴 Pages with level A issues are unusable for some people |
| AA | 🟠 | 🟠 | 🟠 Pages with level AA issues are very difficult to use |
| AAA | 🟠 | | 🟠 Pages with level AAA issues can be difficult to use |

| Priority | Description and URL | Guideline and Line# | Count |
|----------|---------------------|---------------------|-------|

# Level A

20 issues on 330 pages

🔴 An element with a role that hides child elements contains focusable child elements.

This element's role marks child elements as presentational, which hides them from the accessibility tree, but some of these children are focusable, so they can be navigated to, but are not voiced in a screen reader. The role may either be specified by the role attribute or the implicit role based on the element. For example, a elements have an implicit role of link .

role=button
https://www.kurufootwear.com/

WCAG 2.1 A 4.1.2
Section 508 (2017) A 4.1.2
ARIA 1.2 Presentational Children

1 pages

Line 19096

🔴 ARIA role=button element is empty and has no accessible name.

A name allows screen readers to voice what the control does. To add a name do one of the following:

- Add text between the element start and end tags
- Add an aria-label attribute
- Add an aria-labelledby attribute
- Add an img alt attribute if the button contains an img element

https://www.kurufootwear.com/pages/bundles/fitness-bundle

https://www.kurufootwear.com/pages/bundles/work-bundle

WCAG 2.1 A 4.1.2
Section 508 (2017) A 4.1.2

2 pages

Line 7165

Line 7156

🔴 Avoid animated images over 5 seconds long that can't be paused or stopped.

Replace the image with a static version, or an animated version that runs for less than 5 seconds and doesn't loop.

WCAG 2.1 A F7
Section 508 (2017) A F7

53 pages

2.2.2

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Image: https://www.kurufootwear.com/cdn/shop/files/heel-comparison.gif?v=1756227581&width=800 https://www.kurufootwear.com/ | Line 8031 8032 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/heel-comparison.gif?v=1756227581&width=800 https://www.kurufootwear.com/?bsai-shoe-finder | Line 9446 9451 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/heel-comparison.gif?v=1756227581&width=800 https://www.kurufootwear.com/?hk-1&hk-id=footer-link | Line 9446 9451 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/heel-comparison.gif?v=1756227581&width=800 https://www.kurufootwear.com/?hk-1&hk-id=home-page | Line 9446 9451 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/heel-comparison.gif?v=1756227581&width=800 https://www.kurufootwear.com/?hk-1&hk-id=plp | Line 9446 9451 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/heel-comparison.gif?v=1756227581&width=800 https://www.kurufootwear.com/?hk-1&hk-id=top-bar | Line 9446 9451 | |
| | Image: https://cdn.shopify.com/s/files/1/0627/5740/4909/files/kuru-shoe-finder-quiz.gif?width=800 https://www.kurufootwear.com/pages/shoes-activity-best-shoes-for-zumba-guide | Line 6857 | |
| | Image: https://cdn.shopify.com/s/files/1/0627/5740/4909/files/kuru-shoe-finder-quiz.gif?width=800 https://www.kurufootwear.com/pages/shoes-activity-best-walking-shoes-guide | Line 6857 | |
| | Image: https://cdn.shopify.com/s/files/1/0627/5740/4909/files/kuru-shoe-finder-quiz.gif?width=800 https://www.kurufootwear.com/pages/shoes-activity-best-workout-shoes-guide | Line 6848 | |
| | Image: https://cdn.shopify.com/s/files/1/0627/5740/4909/files/kuru-shoe-finder-quiz.gif?width=800 https://www.kurufootwear.com/pages/shoes-feature-best-arch-support-shoes-guide | Line 6911 | |
| | Image: https://cdn.shopify.com/s/files/1/0627/5740/4909/files/kuru-shoe-finder-quiz.gif?width=800 https://www.kurufootwear.com/pages/shoes-pain-best-shoes-for-foot-pain-guide | Line 6875 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Image: https://cdn.shopify.com/s/files/1/0627/5740/4909/files/kuru-shoe-finder-quiz.gif?width=800 https://www.kurufootwear.com/pages/shoes-pain-best-shoes-for-plantar-fasciitis-guide | Line 7106 | |
| | Image: https://cdn.shopify.com/s/files/1/0627/5740/4909/files/kuru-shoe-finder-quiz.gif?width=800 https://www.kurufootwear.com/pages/shoes-technology-kurusole-guide | Line 6838 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/04_-_Feel_the_Flex_Video_2.webp?v=1734986457 https://www.kurufootwear.com/products/mens-flex-via-jetblack-brightwhite | Line 12324 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/04_-_Feel_the_Flex_Video_2.webp?v=1734986457 https://www.kurufootwear.com/products/mens-flex-via-midnightblue-brightwhite | Line 12327 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/04_-_Feel_the_Flex_Video_2.webp?v=1734986457 https://www.kurufootwear.com/products/mens-flex-via-wide-jetblack-brightwhite | Line 12313 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/ATOM_WP_creek_water_flow_-_600_square_1.webp?v=1734986270 https://www.kurufootwear.com/products/womens-atom-smokegray-apricot-waterproof | Line 11212 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/04_-_Feel_the_Flex_Video_2.webp?v=1734986457 https://www.kurufootwear.com/products/womens-flex-via-jetblack-brightwhite | Line 12333 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/04_-_Feel_the_Flex_Video_2.webp?v=1734986457 https://www.kurufootwear.com/products/womens-flex-via-mistblue-apricot | Line 12336 | |
| | Image: https://www.kurufootwear.com/cdn/shop/files/04_-_Feel_the_Flex_Video_2.webp?v=1734986457 https://www.kurufootwear.com/products/womens-flex-via-wide-jetblack-brightwhite | Line 11769 | |

This issue was found on another 33 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

🔴 Element li not allowed as child element in this context.

HTML5 WCAG 2.1 A 1.3.1 Section 508 (2017) A 1.3.1    11 pages

The li element must appear inside a ol or ul element. Without the parent list element it looks like a bullet list, but is

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | not voiced as a list by a screen reader. | | |
| | https://www.kurufootwear.com/collections/mens-shoes-fibromyalgia | Line 12996 12997 12998 12999 13000 ... | |
| | https://www.kurufootwear.com/collections/womens-shoes | Line 13843 13844 13845 13846 13852 ... | |
| | https://www.kurufootwear.com/collections/womens-shoes-anti-slip | Line 13175 13177 13178 13179 13183 ... | |
| | https://www.kurufootwear.com/collections/womens-shoes-beach | Line 13019 13020 13021 13022 13027 ... | |
| | https://www.kurufootwear.com/collections/womens-shoes-fibromyalgia | Line 13119 13120 13121 13122 13123 ... | |
| | https://www.kurufootwear.com/collections/womens-shoes-fitness | Line 13609 13610 13611 13612 13616 ... | |
| | https://www.kurufootwear.com/collections/womens-shoes-mortons-neuroma | Line 6949 6950 6951 6952 6953 ... | |
| | https://www.kurufootwear.com/collections/womens-shoes-neuropathy | Line 6955 6956 6957 6958 6959 ... | |
| | https://www.kurufootwear.com/collections/womens-shoes-orthopedic | Line 13507 13508 13509 13510 | |
| | https://www.kurufootwear.com/collections/womens-shoes-plantar-fasciitis | Line 13511 13512 13513 13514 | |
| | https://www.kurufootwear.com/collections/womens-shoes-sandals | Line 6946 6948 6950 6952 6954 ... | |

🔴 Headings should not be empty.

WCAG 2.1 A 1.3.1
Section 508 (2017) A 1.3.1

2 pages

Add visible text to the heading, or `alt` text if the heading contains an image. Screen readers read out page headings, allowing users to quickly skip to a section, but some older screen readers do not ignore empty headings.

| | | | |
|---|---|---|---|
| | https://www.kurufootwear.com/pages/warranty-center | Line 6519 | |
| | https://www.kurufootwear.com/products/womens-kala-2-jetblack | Line 12332 12843 | |

🔴 HTML form control has no accessible name.

WCAG 2.1 A F68
Section 508 (2017) A F68

1 pages

4.1.2

A label (or name) linked to the control allows screen readers to voice the label correctly when reading the control. To add a label do one of the following:

- Use a `label` element with the `for` attribute set to the ID of the form control
- Wrap a `label` element around the form control
- Add a `title` attribute

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

- Add an `aria-label` attribute
- Add an `aria-labelledby` attribute

https://www.kurufootwear.com/pages/warranty-center                 Line 6555

🔴 Identify row and column headers in data tables using `th` elements, and mark layout tables with `role=presentation`.

WCAG 2.1 A F91
Section 508 (2017) A F91

2 pages

Data tables allow screen reader users to understand column and row relationships. Layout tables read cells as a series of unrelated paragraphs with no tabular structure.

1.3.1

Without `th` or `role`, screen readers apply heuristics to decide whether a table is a layout table or data table. These heuristics vary greatly between screen readers, and are affected by browser being used, window size, and font size (so the outcome is very unpredictable without `th` or `role`).

If a data table has headers marked up using `td`, then change these to `th`. If a data table has no headers, add `th` elements describing each row and/or column. If the table is only used for layout add `role=presentation` to the `table` element.

Impact on users:

- JAWS Reading: Treats tables without `th` and `role` as layout tables if the table contains cells above or below certain pixel sizes. This measurement is affected by browser window size, browser font size, and the browser used.
- NVDA Reading: Applies a layout table heuristic to tables without `th` and `role` which varies depending on the browser used and on the window size in some circumstances.
- VoiceOver Reading: Uses a sophisticated heuristic on tables without `th` and `role`, which is similar (but not identical) to the heuristic used by NVDA with Firefox.

https://www.kurufootwear.com/collections/womens-shoes          Line 23089 23257 23265 23306 23337 ...

https://www.kurufootwear.com/pages/shoes-size-chart          Line 6541 6549 6717 6725

🔴 `iframe` and `frame` elements must have a `title` attribute.

WCAG 2.1 A 4.1.2
Section 508 (2017) A 4.1.2

1 pages

Add a `title` attribute or ARIA label to each `iframe` and `frame` element (e.g. `title='Main Content'`). Without a title some screen readers read out the frame filename, which is usually meaningless.

Impact on users:

- VoiceOver macOS 12.5 Safari 15.6 macOS 12.5.1 Reading: Meaningless frame title read out.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

- VoiceOver macOS 11.5 Safari 15.0 macOS 11.5.2 Reading: Meaningless frame title read out.
- VoiceOver macOS 10.15 Safari 14.1 macOS 10.15.7 Reading: Meaningless frame title read out.
- VoiceOver macOS 10.14 Safari 13.0 macOS 10.14.6 Reading: Meaningless frame title read out.

https://www.kurufootwear.com/blogs/articles/how-to-get-10000-steps-a-day

Line 7923 7949 7975

 img elements must have an accessible name.

WCAG 2.1 A F65
Section 508 (2017) A F65

22 pages

Add an alt attribute describing the image, which screen readers voice instead of the image. Spacer images and purely decorative images should use alt="" without any global ARIA attributes. Do not use alt text containing only spaces since that's voiced as an unlabeled image.

1.1.1

Impact on users:

- NVDA 2022.2 Chrome 105 Windows 10 Reading: Image ignored.
- NVDA 2022.2 FF102 Windows 10 Reading: Image ignored.
- NVDA 2022.2 Edge 105 Windows 10 Reading: Image ignored.
- NVDA 2021.2 Chrome 94 Windows 10 Reading: Image ignored.
- NVDA 2021.2 FF91 Windows 10 Reading: Image ignored.
- NVDA 2021.2 Edge 94 Windows 10 Reading: Image ignored.
- NVDA 2020.2 Chrome 86 Windows 10 Reading: Image ignored.
- NVDA 2020.2 FF78 Windows 10 Reading: Image ignored.
- NVDA 2020.2 Edge 92 Windows 10 Reading: Image ignored.
- NVDA 2019.2 Chrome 79 Windows 10 Reading: Image unlabeled.
- NVDA 2019.2 FF68 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 Chrome 105 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 FF102 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 Edge 105 Windows 10 Reading: Image ignored.
- JAWS 2021.2107.12 Chrome 94 Windows 10 Reading: Image ignored.
- JAWS 2021.2107.12 FF91 Windows 10 Reading: Image ignored.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

- JAWS 2021.2107.12 Edge 94 Windows 10 Reading: Image ignored.
- JAWS 2020.2008.24 Chrome 86 Windows 10 Reading: Image ignored.
- JAWS 2020.2008.24 FF78 Windows 10 Reading: Image ignored.
- JAWS 2020.2008.24 Edge 92 Windows 10 Reading: Image ignored.
- JAWS 2019.1912.1 Chrome 79 Windows 10 Reading: Image unlabeled.
- JAWS 2019.1912.1 FF68 Windows 10 Reading: Image ignored.
- VoiceOver macOS 12.5 Safari 15.6 macOS 12.5.1 Reading: Image filename read out.
- VoiceOver macOS 11.5 Safari 15.0 macOS 11.5.2 Reading: Image filename read out.
- VoiceOver macOS 10.15 Safari 14.1 macOS 10.15.7 Reading: Image filename read out.
- VoiceOver macOS 10.14 Safari 13.0 macOS 10.14.6 Reading: Image filename read out.
- VoiceOver iOS 15.6 Safari iOS 15.6 iOS 15.6 Touch: Image filename read out.
- VoiceOver iOS 14.7 Safari iOS 14.7 iOS 14.7 Touch: Image filename read out.
- VoiceOver iOS 13.3 Safari iOS 13.3 iOS 13.3 Touch: Image filename read out.
- VoiceOver iOS 12.4 Safari iOS 12.4 iOS 12.4.1 Touch: Image filename read out.

| URL | Guideline and Line# |
|---|---|
| https://www.kurufootwear.com/pages/bundles/all-season-bundle | Line 6578 6582 6586 6655 6683 |
| https://www.kurufootwear.com/pages/bundles/best-seller-bundle | Line 6574 |
| https://www.kurufootwear.com/pages/bundles/fitness-bundle | Line 6574 6578 6677 |
| https://www.kurufootwear.com/pages/bundles/shoes-socks-bundle | Line 6574 |
| https://www.kurufootwear.com/pages/bundles/travel-bundle | Line 6574 |
| https://www.kurufootwear.com/pages/contact | Line 6509 6548 6571 6618 |
| https://www.kurufootwear.com/pages/faq | Line 14203 14215 |
| https://www.kurufootwear.com/pages/feel-better | Line 6538 6559 6649 6664 |
| https://www.kurufootwear.com/pages/free-shoes | Line 6522 |
| https://www.kurufootwear.com/pages/reviews | Line 6643 6742 6841 6940 7084 ... |
| https://www.kurufootwear.com/pages/technology | Line 11669 11788 |
| https://www.kurufootwear.com/pages/why-kuru | Line 6632 |
| https://www.kurufootwear.com/products/digital-gift-card | Line 7113 |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://www.kurufootwear.com/products/mens-atom-2-slip-on-jetblack-brightwhite | Line 12560 | |
| | https://www.kurufootwear.com/products/mens-atom-2-slip-on-mountainblue-dovegray | Line 12560 | |
| | https://www.kurufootwear.com/products/mens-atom-slip-on-cloudgray-cardinalred | Line 11782 | |
| | https://www.kurufootwear.com/products/womens-atom-2-slip-on-dovegray-gum | Line 12573 | |
| | https://www.kurufootwear.com/products/womens-atom-2-slip-on-jetblack-darkcoral | Line 12573 | |
| | https://www.kurufootwear.com/products/womens-atom-slip-on-jetblack | Line 11831 | |
| | https://www.kurufootwear.com/products/womens-kala-2-jetblack | Line 12296 12807 | |

This issue was found on another 2 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

| | Indicating links using only a text color change does not work for color-blind users. | WCAG 2.1 A F73 Section 508 (2017) A F73 | 25 pages |
| | Remove the  text-decoration:none  property from your link styles, or add other style attributes in addition to color changes to make links visible to people without color vision. If the non-color cue only happens when the mouse hovers over the link or when the link receives focus, it is still a failure. | 1.4.1 | |
| | https://www.kurufootwear.com/pages/faq-payments | Line 6506 | |
| | https://www.kurufootwear.com/pages/reports-foot-pain-2025 | Line 9519 10001 | |
| | https://www.kurufootwear.com/products/mens-atom-2-brightwhite-indigo | Line 9275 | |
| | https://www.kurufootwear.com/products/mens-atom-2-dovegray-brightwhite | Line 9579 | |
| | https://www.kurufootwear.com/products/mens-atom-2-duskblue-brightwhite | Line 9579 | |
| | https://www.kurufootwear.com/products/mens-atom-2-jetblack-brightwhite | Line 9581 | |
| | https://www.kurufootwear.com/products/mens-atom-2-slip-on-jetblack-brightwhite | Line 9270 | |
| | https://www.kurufootwear.com/products/mens-atom-2-slip-on-mountainblue-dovegray | Line 9270 | |
| | https://www.kurufootwear.com/products/mens-atom-2-wide-jetblack-brightwhite | Line 9581 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://www.kurufootwear.com/products/mens-atom-indigo-white-basalt | Line 8781 | |
| | https://www.kurufootwear.com/products/mens-atom-jetblack-citron | Line 8851 | |
| | https://www.kurufootwear.com/products/womens-atom-2-brightwhite-sand | Line 9579 | |
| | https://www.kurufootwear.com/products/womens-atom-2-jetblack-deserttan | Line 9581 | |
| | https://www.kurufootwear.com/products/womens-atom-2-mistblue-brightwhite | Line 9579 | |
| | https://www.kurufootwear.com/products/womens-atom-2-nightblue-teal | Line 9579 | |
| | https://www.kurufootwear.com/products/womens-atom-2-slip-on-dovegray-gum | Line 9256 | |
| | https://www.kurufootwear.com/products/womens-atom-2-slip-on-jetblack-darkcoral | Line 9256 | |
| | https://www.kurufootwear.com/products/womens-atom-2-wide-jetblack-deserttan | Line 9581 | |
| | https://www.kurufootwear.com/products/womens-atom-slip-on-jetblack | Line 8891 | |
| | https://www.kurufootwear.com/products/womens-atom-tidalwave-white-oasisblue | Line 9132 | |

This issue was found on another 5 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

| 🔴 | Invalid value for ARIA attribute. | ARIA 1.2 6.2.4 | 2 pages |
|---|---|---|---|
| | aria-hidden=trie  aria-hidden=trie  aria-hidden=trie  aria-hidden=trie  aria-hidden=trie<br>https://www.kurufootwear.com/pages/reports-foot-pain-2023 | Line 10083 10128 10173 13176 13221 ... | |
| | aria-hidden=trie  aria-hidden=trie<br>https://www.kurufootwear.com/pages/reports-foot-pain-2024 | Line 17170 17215 | |

| 🔴 | Link uses general text like 'Click Here' with no surrounding text explaining link purpose. | WCAG 2.1 A F63<br>Section 508 (2017) A F63 | 13 pages |
|---|---|---|---|
| | Screen reader users use text around links to help understand what the link does. If the link text is very general, and there's no surrounding text, there's no way to work out what the link does. Either use a descriptive link label (which helps all users) or add an aria-label or aria-describedby to the link (which helps screen reader users). | 2.4.4 2.4.9 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Link text: Learn More <br> https://www.kurufootwear.com/ | Line 11817 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/?bsai-shoe-finder | Line 15822 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/?hk-1&hk-id=footer-link | Line 15822 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/?hk-1&hk-id=home-page | Line 15822 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/?hk-1&hk-id=pdp | Line 15822 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/?hk-1&hk-id=plp | Line 15822 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/?hk-1&hk-id=top-bar | Line 15822 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/blogs/articles | Line 9352 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/blogs/articles/activity | Line 7824 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/blogs/articles/foot-conditions | Line 7811 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/blogs/articles/footwear-facts | Line 7815 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/blogs/articles/occupation | Line 7191 | |
| | Link text: Learn More <br> https://www.kurufootwear.com/blogs/articles/on-your-feet-all-day-jobs | Line 8186 | |

🔴 Links must have an accessible name.

WCAG 2.1 A F89
Section 508 (2017) A F89

2.4.4 2.4.9 4.1.2

35 pages

A link name allows screen readers to voice what the links does. If there is no link content, or the link content is hidden by CSS, screen readers have nothing to read, so read out the URL instead. To add a name do one of the following:

- Add text between the a element start and end tags
- Add an aria-label attribute
- Add an aria-labelledby attribute
- Add an img alt attribute labeling the link if it contains an img element

https://www.kurufootwear.com/pages/shoes-activity-best-garden-shoes-guide

Line 7197 8414 8448 8482

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://www.kurufootwear.com/pages/shoes-activity-best-gym-shoes-guide | Line 7222 8486 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-hiking-shoes-guide | Line 7245 9826 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-plyometric-shoes-guide | Line 7232 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-running-shoes-guide | Line 7232 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-shoes-for-hiit-guide | Line 7187 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-shoes-for-jumping-guide | Line 7232 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-shoes-for-mountain-biking-guide | Line 7214 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-shoes-for-parkour-guide | Line 7197 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-shoes-for-standing-all-day-guide | Line 7206 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-shoes-for-zumba-guide | Line 7197 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-snow-shoes-guide | Line 7197 8657 8691 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-training-shoes-guide | Line 7232 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-travel-shoes-guide | Line 7232 8392 8426 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-walking-shoes-guide | Line 7232 | |
| | https://www.kurufootwear.com/pages/shoes-activity-best-workout-shoes-guide | Line 7223 8478 | |
| | https://www.kurufootwear.com/pages/shoes-feature-best-arch-support-shoes-guide | Line 7286 | |
| | https://www.kurufootwear.com/pages/shoes-pain-best-shoes-for-foot-pain-guide | Line 7215 | |
| | https://www.kurufootwear.com/pages/shoes-pain-best-shoes-for-plantar-fasciitis-guide | Line 7486 | |
| | https://www.kurufootwear.com/pages/shoes-technology-kurusole-guide | Line 7178 | |

This issue was found on another 15 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

🔴 Several links on a page share the same link text and surrounding context, but go to different destinations.

**WCAG 2.1 A F63**
**Section 508 (2017) A F63**

114 pages

Make the link text unique for each target page (which helps all users) or add an `aria-label` or `aria-describedby` to the link (which helps screen reader users).

2.4.4 2.4.9

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/collections/womens-shoes

Line 14618 14658

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/mens-atom-2-jetblack-brightwhite

Line 17498 17538

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/mens-atom-2-slip-on-jetblack-brightwhite

Line 16806 16846

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/mens-flex-via-midnightblue-brightwhite

Line 15912 15952

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/mens-moment-flip-jetblack

Line 15255 15295

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/mens-moment-jetblack-stormgray

Line 14248 14288

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/mens-quantum-2-jetblack-slategray

Line 16931 16971

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/mens-roam-jetblack-brightwhite

Line 15949 15989

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/mens-triple-max-ion-brightwhite-bonegray

Line 14943 14983

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/unisex-roam-2-brightwhite-sand

Line 17171 17211

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/unisex-surge-dovegray-brightwhite

Line 15710 15750

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/womens-atom-2-jetblack-deserttan

Line 17903 17943

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/womens-atom-2-slip-on-jetblack-darkcoral

Line 16904 16944

Link text: `Get Started`  `Get Started`
https://www.kurufootwear.com/products/womens-flex-via-

Line 16066 16106

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

jetblack-brightwhite

Link text: `Get Started` `Get Started`
https://www.kurufootwear.com/products/womens-loma-jarvi-toffee-sand

Line 15018 15058

Link text: `Get Started` `Get Started`
https://www.kurufootwear.com/products/womens-moment-flip-jetblack

Line 15500 15540

Link text: `Get Started` `Get Started`
https://www.kurufootwear.com/products/womens-moment-jetblack-peachsherbet

Line 15264 15304

Link text: `Get Started` `Get Started`
https://www.kurufootwear.com/products/womens-quantum-2-jetblack-slategray

Line 17159 17199

Link text: `Get Started` `Get Started`
https://www.kurufootwear.com/products/womens-roam-brightwhite-jetblack

Line 16239 16279

Link text: `Get Started` `Get Started`
https://www.kurufootwear.com/products/womens-triple-max-ion-brightwhite-bonegray

Line 15867 15907

This issue was found on another 94 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

🔴 The `button` element must not appear as a descendant of an element with `role=button`

HTML5 WCAG 2.1 A 4.1.2
Section 508 (2017) A 4.1.2

1 pages

An interactive control nested inside another interactive control is not voiced correctly by screen readers, and its name role and state is ignored.

https://www.kurufootwear.com/

Line 19103 19103

🔴 The visual label must appear in the accessible name of links and controls.

WCAG 2.1 A F96
Section 508 (2017) A F96

119 pages

People who use speech control rely on being able to select elements using the visual label displayed on screen. If this isn't part of the accessible name, they can't select elements by name.

2.5.3

Visual label: "How can I help your feet today?" not in "Open chat" "Save $40 Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." not in "Save $40 Best Seller Bundle Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." "Save $40 Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." not in "Save $40 Travel Bundle Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." "Save $25 Shoes + Socks Bundle 1 pair of shoes and 3 pairs of socks." not in "Save $25 Shoes + Socks Bundle Shoes + Socks Bundle 1 pair of shoes and 3

Line 11499 11523 11547 19096

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | pairs of socks."<br>https://www.kurufootwear.com/ | | |
| | Visual label: "Save $40 Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." not in "Save $40 Best Seller Bundle Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." "Save $40 Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." not in "Save $40 Travel Bundle Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." "Save $25 Shoes + Socks Bundle 1 pair of shoes and 3 pairs of socks." not in "Save $25 Shoes + Socks Bundle Shoes + Socks Bundle 1 pair of shoes and 3 pairs of socks."<br>https://www.kurufootwear.com/?bsai-shoe-finder | Line 15396 15436 15476 | |
| | Visual label: "Save $40 Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." not in "Save $40 Best Seller Bundle Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." "Save $40 Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." not in "Save $40 Travel Bundle Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." "Save $25 Shoes + Socks Bundle 1 pair of shoes and 3 pairs of socks." not in "Save $25 Shoes + Socks Bundle Shoes + Socks Bundle 1 pair of shoes and 3 pairs of socks."<br>https://www.kurufootwear.com/?hk-1&hk-id=footer-link | Line 15396 15436 15476 | |
| | Visual label: "Save $40 Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." not in "Save $40 Best Seller Bundle Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." "Save $40 Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." not in "Save $40 Travel Bundle Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." "Save $25 Shoes + Socks Bundle 1 pair of shoes and 3 pairs of socks." not in "Save $25 Shoes + Socks Bundle Shoes + Socks Bundle 1 pair of shoes and 3 pairs of socks."<br>https://www.kurufootwear.com/?hk-1&hk-id=home-page | Line 15396 15436 15476 | |
| | Visual label: "Save $40 Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." not in "Save $40 Best Seller Bundle Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." "Save $40 Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." not in "Save $40 Travel Bundle Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." "Save $25 Shoes + Socks Bundle 1 pair of shoes and 3 pairs of socks." not in "Save $25 Shoes + Socks Bundle Shoes + Socks Bundle 1 pair of shoes and 3 pairs of socks."<br>https://www.kurufootwear.com/?hk-1&hk-id=plp | Line 15396 15436 15476 | |
| | Visual label: "Save $40 Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." not in "Save $40 Best Seller Bundle Best Seller Bundle 2 pairs of select bestsellers and 1 pair of socks." "Save $40 Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." not in "Save $40 Travel | Line 15396 15436 15476 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Bundle Travel Bundle 1 pair of sneakers, 1 pair of slip-ons, and 1 pair of socks." "Save $25 Shoes + Socks Bundle 1 pair of shoes and 3 pairs of socks." not in "Save $25 Shoes + Socks Bundle Shoes + Socks Bundle 1 pair of shoes and 3 pairs of socks." https://www.kurufootwear.com/?hk-1&hk-id=top-bar | | |
| | Visual label: "Order Status" not in "Open topbar links" https://www.kurufootwear.com/account/login | Line 7793 | |
| | Visual label: "Order Status" not in "Open topbar links" https://www.kurufootwear.com/account/login?return_url=%2Faccount | Line 7793 | |
| | Visual label: "Order Status" not in "Open topbar links" https://www.kurufootwear.com/account/register | Line 7793 | |
| | Visual label: "Filter &#38; Sort 0" not in "Open filters modal" "View Results" not in "close filters panel" "Order Status" not in "Open topbar links" https://www.kurufootwear.com/collections/mens-shoes-all-day-walking | Line 6388 9171 9182 | |
| | Visual label: "Filter &#38; Sort 0" not in "Open filters modal" "View Results" not in "close filters panel" "Order Status" not in "Open topbar links" https://www.kurufootwear.com/collections/womens-shoes | Line 6386 9876 9887 | |
| | Visual label: "Filter &#38; Sort 0" not in "Open filters modal" "View Results" not in "close filters panel" "Order Status" not in "Open topbar links" https://www.kurufootwear.com/collections/womens-shoes-all-day-walking | Line 6388 9172 9183 | |
| | Visual label: "Filter &#38; Sort 0" not in "Open filters modal" "View Results" not in "close filters panel" "Order Status" not in "Open topbar links" https://www.kurufootwear.com/collections/womens-shoes-everyday-casual | Line 6388 8936 8947 | |
| | Visual label: "Filter &#38; Sort 0" not in "Open filters modal" "View Results" not in "close filters panel" "Order Status" not in "Open topbar links" https://www.kurufootwear.com/collections/womens-shoes-training-gym | Line 6388 8931 8942 | |
| | Visual label: "Filter &#38; Sort 0" not in "Open filters modal" "View Results" not in "close filters panel" "Order Status" not in "Open topbar links" https://www.kurufootwear.com/collections/womens-work-shoes | Line 6388 9068 9079 | |
| | Visual label: "How can I know which KURU shoe is best for a specific foot condition?(e.g. Plantar Fasciitis, Morton's Neuroma etc.)" not in "How can I know which KURU shoe is best for a specific foot condition?" "How can I know which KURU shoe is best for a specific activity?(e.g. Traveling, Gardening, Hiking etc.)" not in "How can I know which KURU | Line 8253 8312 8371 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

shoe is best for a specific activity?" "How can I know which KURU shoe is best for a specific type of work?(e.g. Nurse, Teacher etc.)" not in "How can I know which KURU shoe is best for a specific type of work?"
https://www.kurufootwear.com/pages/faq

| | | | |
|---|---|---|---|
| | Visual label: "Sign Up" not in "Submit button"<br>https://www.kurufootwear.com/pages/shoes-guide | Line 9613 | |
| | Visual label: "Find Your Perfect Pair" not in "Shoe Finder" "Sign Up" not in "Submit button"<br>https://www.kurufootwear.com/pages/shoes-technology-kurusole-guide | Line 6812 10299 | |
| | Visual label: "Order Status" not in "Open topbar links"<br>https://www.kurufootwear.com/pages/track | Line 6034 | |
| | Visual label: "Order Status" not in "Open topbar links"<br>https://www.kurufootwear.com/pages/warranty-center | Line 6034 | |

This issue was found on another 99 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

| | | | |
|---|---|---|---|
| 🔴 | This button element is empty and has no accessible name. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 3 pages |

A programmatically determined name allows screen readers to tell users what the control does. To add a name do one of the following:

- Add text between the button start and end tags
- Add a title attribute
- Add an aria-label attribute
- Add an aria-labelledby attribute
- Add an img alt attribute if the button contains an img element

| | | | |
|---|---|---|---|
| | https://www.kurufootwear.com/ | Line 19103 | |
| | https://www.kurufootwear.com/pages/bundles/fitness-bundle | Line 7165 | |
| | https://www.kurufootwear.com/pages/bundles/work-bundle | Line 7156 | |
| 🔴 | Use semantic markup like strong instead of using the CSS font-weight property. | WCAG 2.1 A F2<br>Section 508 (2017) A F2 | 302 pages |

Use the strong element instead of the span element for bold text.    1.3.1

| | | | |
|---|---|---|---|
| | https://www.kurufootwear.com/ | Line 8225 8333 8441 8549 11824 ... | |
| | https://www.kurufootwear.com/?hk-1&hk-id=top-bar | Line 9812 10011 10219 10409 10599 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://www.kurufootwear.com/collections/mens-shoes | Line 6648 10207 10467 10728 10988 ... | |
| | https://www.kurufootwear.com/collections/mens-shoes-sandals | Line 6587 8914 9174 9434 9694 ... | |
| | https://www.kurufootwear.com/collections/womens-shoes-sandals | Line 6650 9463 9723 9983 10243 ... | |
| | https://www.kurufootwear.com/pages/contact | Line 6294 | |
| | https://www.kurufootwear.com/pages/faq | Line 6976 | |
| | https://www.kurufootwear.com/pages/feel-better | Line 6296 | |
| | https://www.kurufootwear.com/pages/free-shoes | Line 6296 | |
| | https://www.kurufootwear.com/pages/reviews | Line 6294 | |
| | https://www.kurufootwear.com/pages/shoes-guide | Line 6468 9622 | |
| | https://www.kurufootwear.com/products/mens-atom-2-jetblack-brightwhite | Line 6456 8172 9531 9687 10655 | |
| | https://www.kurufootwear.com/products/mens-flex-via-midnightblue-brightwhite | Line 6461 7846 9131 9262 10245 | |
| | https://www.kurufootwear.com/products/mens-moment-jetblack-stormgray | Line 6407 7885 9018 9123 9860 ... | |
| | https://www.kurufootwear.com/products/mens-quantum-2-jetblack-slategray | Line 6456 8120 9274 9392 10335 | |
| | https://www.kurufootwear.com/products/womens-atom-2-jetblack-deserttan | Line 6456 8172 9531 9687 10655 | |
| | https://www.kurufootwear.com/products/womens-flex-via-jetblack-brightwhite | Line 6456 7841 9126 9257 10206 | |
| | https://www.kurufootwear.com/products/womens-moment-jetblack-peachsherbet | Line 6407 7940 9086 9204 9958 ... | |
| | https://www.kurufootwear.com/products/womens-quantum-2-jetblack-slategray | Line 6454 7953 9064 9221 10204 | |
| | https://www.kurufootwear.com/products/womens-roam-brightwhite-jetblack | Line 6456 8803 8947 8991 9917 | |

This issue was found on another 282 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

| ● | Use the `lang` attribute to identify the language of the page. | WCAG 2.1 A 3.1.1 Section 508 (2017) A 3.1.1 | 7 pages |

In HTML add a `lang` attribute containing a language code to the `html` tag, and in PDF set the language using Document Properties in Acrobat. This allows screen readers to pronounce words correctly.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://www.kurufootwear.com/web-pixels@6aad4977wba422492pcfc93db9m5341e0bd/custom/web-pixel-134119661@1/sandbox/modern/ | Line 2 | |
| | https://www.kurufootwear.com/web-pixels@6aad4977wba422492pcfc93db9m5341e0bd/custom/web-pixel-32407789@1/sandbox/modern/ | Line 2 | |
| | https://www.kurufootwear.com/web-pixels@6aad4977wba422492pcfc93db9m5341e0bd/custom/web-pixel-33489133@1/sandbox/modern/ | Line 2 | |
| | https://www.kurufootwear.com/web-pixels@6aad4977wba422492pcfc93db9m5341e0bd/custom/web-pixel-48365805@2/sandbox/modern/ | Line 2 | |
| | https://www.kurufootwear.com/web-pixels@6aad4977wba422492pcfc93db9m5341e0bd/custom/web-pixel-57639149@6/sandbox/modern/ | Line 2 | |
| | https://www.kurufootwear.com/web-pixels@6aad4977wba422492pcfc93db9m5341e0bd/custom/web-pixel-97386733@2/sandbox/modern/ | Line 2 | |
| | https://www.kurufootwear.com/web-pixels@6aad4977wba422492pcfc93db9m5341e0bd/custom/web-pixel-shopify-custom-pixel@0460/sandbox/modern/ | Line 2 | |

🔴 Web pages must not contain large images that flash more than three times in any one second period.

Flashing areas larger than 21,824 square pixels can trigger seizures in people with photosensitive seizure disorders like photosensitive epilepsy.

WCAG 2.1 A 2.3.1
Section 508 (2017) A 2.3.1

19 pages

Flashing image: **20** flashes per second, 800px x 800px **20** flashes per second, 800px x 800px
https://www.kurufootwear.com/

Line 8031 8032

Flashing image: **20** flashes per second, 800px x 800px **20** flashes per second, 800px x 800px
https://www.kurufootwear.com/?bsai-shoe-finder

Line 9446 9451

Flashing image: **20** flashes per second, 800px x 800px **20** flashes per second, 800px x 800px
https://www.kurufootwear.com/?hk-1&hk-id=footer-link

Line 9446 9451

Flashing image: **20** flashes per second, 800px x 800px **20** flashes per second, 800px x 800px
https://www.kurufootwear.com/?hk-1&hk-id=home-page

Line 9446 9451

Flashing image: **20** flashes per second, 800px x 800px **20** flashes per second, 800px x 800px
https://www.kurufootwear.com/?hk-1&hk-id=pdp

Line 9446 9451

Flashing image: **20** flashes per second, 800px x 800px **20** flashes per second, 800px x 800px
https://www.kurufootwear.com/?hk-1&hk-id=plp

Line 9446 9451

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Flashing image: **20** flashes per second, 800px x 800px **20** flashes per second, 800px x 800px https://www.kurufootwear.com/?hk-1&hk-id=top-bar | Line 9446 9451 | |
| | Flashing image: **12.50** flashes per second, 800px x 641px https://www.kurufootwear.com/cdn/shop/files/04_-_Feel_the_Flex_Video_2.webp?v=1734986457 | Line 1 | |
| | Flashing image: **20** flashes per second, 800px x 800px https://www.kurufootwear.com/cdn/shop/files/heel-comparison.gif?v=1756227581&width=800 | Line 1 | |
| | Flashing image: **12.50** flashes per second, 800px x 641px https://www.kurufootwear.com/products/mens-flex-via-coolgray-brightwhite | Line 12327 | |
| | Flashing image: **12.50** flashes per second, 800px x 641px https://www.kurufootwear.com/products/mens-flex-via-jetblack | Line 12240 | |
| | Flashing image: **12.50** flashes per second, 800px x 641px https://www.kurufootwear.com/products/mens-flex-via-jetblack-brightwhite | Line 12324 | |
| | Flashing image: **12.50** flashes per second, 800px x 641px https://www.kurufootwear.com/products/mens-flex-via-midnightblue-brightwhite | Line 12327 | |
| | Flashing image: **12.50** flashes per second, 800px x 641px https://www.kurufootwear.com/products/mens-flex-via-wide-jetblack-brightwhite | Line 12313 | |
| | Flashing image: **12.50** flashes per second, 800px x 641px https://www.kurufootwear.com/products/womens-flex-via-dovegray-palelime | Line 12348 | |
| | Flashing image: **12.50** flashes per second, 800px x 641px https://www.kurufootwear.com/products/womens-flex-via-jetblack-brightwhite | Line 12333 | |
| | Flashing image: **12.50** flashes per second, 800px x 641px https://www.kurufootwear.com/products/womens-flex-via-jetblack-desertgreen | Line 12268 | |
| | Flashing image: **12.50** flashes per second, 800px x 641px https://www.kurufootwear.com/products/womens-flex-via-mistblue-apricot | Line 12336 | |
| | Flashing image: **12.50** flashes per second, 800px x 641px https://www.kurufootwear.com/products/womens-flex-via-wide-jetblack-brightwhite | Line 11769 | |

# Level AA

5 issues on 321 pages

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| ⏰ | Cannot use aria-label or aria-labelledby on elements and roles that prohibit naming. | HTML5 ARIA 1.2 | 66 pages |
| ⏰ | Ensure that text and background colors have enough contrast. | WCAG 2.1 AA 1.4.3 Section 508 (2017) AA 1.4.3 | 321 pages |
| ⏰ | If you set any of the colors on the body or a elements you must set all of them. | WCAG 2.1 AA F24 Section 508 (2017) AA F24 | 318 pages |
| ⏰ | Phrases in a different language should be in a span or div with a lang attribute. | WCAG 2.1 AA 3.1.2 Section 508 (2017) AA 3.1.2 | 1 pages |
| ⏰ | The CSS outline or border style on this element makes it difficult or impossible to see the link focus outline. | WCAG 2.1 AA F78 Section 508 (2017) AA F78 | 303 pages |

## Level AAA

7 issues on 323 pages

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| ◑ | Avoid specifying a new window as the target of a link with target=_blank. | WCAG 2.1 AAA F22 | 55 pages |
| ◑ | Clickable targets must be at least 44 by 44 CSS pixels. | WCAG 2.1 2.5.5 | 19 pages |
| ◑ | Don't use CSS animations or transitions in interactions without giving the user a way to turn them off. | WCAG 2.1 2.3.3 | 302 pages |
| ◑ | Ensure that text and background colors have a 7:1 contrast ratio. | WCAG 2.1 AAA 1.4.6 | 168 pages |
| ◑ | Link uses general text like 'Click Here' which doesn't explain link purpose. | WCAG 2.1 AAA F84 | 15 pages |
| ◑ | Several links on a page share the same link text, but go to different destinations. | WCAG 2.1 AAA 2.4.9 | 123 pages |
| ◑ | Web pages must not contain any images that flash more than three times in any one second period. | WCAG 2.1 AAA 2.3.2 | 19 pages |