**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KELLY MCLEAN

                Plaintiff,

     -against-

KURU FOOTWEAR

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

               ORDER OF REFERENCE
               <u>TO A MAGISTRATE JUDGE</u>

               26 Civ. 4451 (GBD)

GEORGE B. DANIELS, United States District Judge:

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute | __ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| **X** | Settlement | | Purpose:_____ |
| __ | Inquest After Default/Damages Hearing | __ | Habeas Corpus |
| | | __ | Social Security |
| | | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Dated: <u>July 22, 2026</u>

SO ORDERED.

*George B Daniel*

GEORGE B. DANIELS
United States District Judge