**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

KELLY MCLEAN,

Plaintiff,

-against-

KURU FOOTWEAR,

Defendant.

-----------------------------------------------------------------X

**26 Civ. No. 4451 (GBD) (GS)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A video settlement conference in this matter is scheduled for **Monday, December 14, 2026 at 2:00 p.m.** by Microsoft Teams. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. As stated therein, the parties must submit *ex parte* settlement letters to the Court no later than **Tuesday, December 8, 2026.**

**SO ORDERED.**

DATED: New York, New York
November 13, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge